UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN J. BECKER, and RHONDA L. BECKER. <br><br> Plaintiffs, <br><br> vs. <br><br> ALLCOM, INC., an Alaska corporation; BRUCE SCAPIER and SUSAN SCAPIER, and their marital community; JOHN AMYX and LOLA AMYX, and their marital community, <br><br> Defendants. | No. CV04-0958L <br><br> **STIPULATED PROTECTIVE ORDER RE BECKER – ALLCOM SETTLEMENT DOCUMENTS** |

Subject to the approval of the Court, the undersigned parties to this action, by and through their counsel, have stipulated to the entry of this Stipulated Protective Order. This Stipulated Protective Order is without prejudice to and supplements the Stipulated Protective Order agreed to by the parties on January 13, 2005, a copy of which is also furnished herewith for the Court's approval.

**ORDER**

Becker and or his legal counsel have possession of correspondence and agreements with one or more of the defendants in this matter related to settlement of one or more claims asserted by Becker in this matter, which documents defendants Amyx has requested in his supplemental

**Supplemental Stipulated Protective Order - 1**
**Cause No. CV04-0958**

discovery requests, answers and objections to which were furnished by Becker on April 20, 2005. Amyx believes that the documents in question may bear on the liability, contribution and indemnity rights of defendants Amyx.   Becker has agreed to furnish a copy of the requested documents to defendants Amyx, however Becker asserts that certain information contained within such documents is of a proprietary, sensitive, and/or confidential nature.

THEREFORE, it is hereby ORDERED:

1.   Becker shall produce all documents relating to any proposed, prospective or actual settlement of any claim in this matter within one day of entry of this Stipulated Order. Becker shall conspicuously mark all documents containing information of a proprietary, sensitive, and/or confidential nature as "Confidential", and shall mark with a yellow fluorescent highlighter those portions of each such document that are considered by Becker to be proprietary, sensitive, and/or confidential nature.

2.   The parties to this action receiving a copy of such documents so designated as "Confidential" shall not disclose those portions of the documents designated as "Confidential" except to other parties to this action, their legal counsel and any retained experts who may require access to such documents for purposes of rendering any advise or expert opinion testimony regarding this matter.  Any such retained expert must be provided with a copy of this Stipulated Order and provide his agreement in writing to keep the information confidential.

3.   The portions of the documents designated and marked as "Confidential" as provided herein shall be used only for purposes of this or any related legal action, and shall not be filed with the court unless the marked confidential portions of the documents are redacted, or the document is filed with the court under seal.

4.   All parties to this action are free to challenge whether sufficient legal and factual grounds exist for the confidential designation of any document or portion of a document designated as "Confidential" by appropriate motion to this court.

**Supplemental Stipulated Protective Order - 2**
**Cause No. CV04-0958**

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

MIKKELBORG, BROZ, WELLS & FRYER

_____

Mitchell A. Broz (WSBA #17095)
Joel Watkins, Jr. (WSBA #10957)
Attorneys for Defendants John and Lola Amyx
Mikkelborg, Broz, Wells, & Fryer, PLLC
1001 Fourth Ave., Suite 3600
Seattle, WA 98154
Tel.: (206) 623-5890
Fax: (206) 623-0965
E-mail: mbroz@mbwf.com, jwatkins@mbwf.com

OLES MORRISON RINKER & BANKER LLP

_____

William W. Honea (WSBA #33528)
Attorneys for Plaintiffs Steven and Rhonda Becker
Oles Morrison Rinker & Banker LLP
701 Pike Street  Suite 1700
Seattle, WA  98101-3930
Tel.: (206) 623-3427
Fax: (206) 682-6234
E-mail: honea@oles.com

IT IS SO ORDERED this 16th day of May, 2005.

_____
Robert S. Lasnik
United States District Judge

**Supplemental Stipulated Protective Order - 3**
**Cause No. CV04-0958**