UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN BECKER, *et al.*,

    Plaintiffs,

    v.

ALLCOM, INC., an Alaska corporation, *et al.*,

    Defendants.

Case No. C04-0958L

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On July 18, 2005, the Court granted the Amyx defendants' motion to dismiss plaintiffs' non-WSSA[1] claims against them. (Dkt. #168, the "Order"). Plaintiffs' non-WSSA claims against *pro se* defendants Bruce and Susan Scapier (the "Scapier defendants") are based on the same allegations as their previously dismissed claims against the Amyx defendants.[2]

---

[1] See Washington State Securities Act, RCW 21.20 *et seq.* (the "WSSA").

[2] Plaintiffs assert one additional claim against the Scapier defendants that they did not assert against the Amyx defendants. Plaintiffs assert a claim for conversion alleging that the Scapier defendants "converted valuable securities from plaintiff and/or StarCom without paying for them." Amended Complaint (Dkt. #74) at ¶ 8.2. Despite the late stage of this litigation, plaintiffs have never identified the securities the Scapier defendants allegedly converted from them. If plaintiffs intend to pursue this claim, they must identify the basic facts underlying the

ORDER TO SHOW CAUSE - 1

1    Accordingly, plaintiffs are hereby ORDERED to show cause, within ten days of the date
2 of this order, why their claims against the Scapier defendants, except their WSSA claim, should
3 not be dismissed for the same reasons as set forth in the Order.  Plaintiffs' response to this show
4 cause order shall not exceed twenty-four pages.  No additional filings shall be considered on this
5 issue.  The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar
6 for August 12, 2005.

8    DATED this 25th day of July, 2005.

*[signature]*

Robert S. Lasnik
United States District Judge

---

27 allegation, and, if the securities belonged to StarCom, set forth why any conversion claim is not derivative as set forth in the Order.

28 ORDER TO SHOW CAUSE - 2