UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN BECKER, *et al.*,

    Plaintiffs,

    v.

ALLCOM, INC., an Alaska corporation, *et al.*,

    Defendants.

Case No. C04-0958L

ORDER DISMISSING
NON-WSSA CLAIMS

On July 25, 2005, the Court issued an order noting that it had previously granted the Amyx defendants' motion to dismiss plaintiffs' non-WSSA[1] claims against them, plaintiffs' non-WSSA claims against *pro se* defendants Bruce and Susan Scapier are based on the same allegations as their previously dismissed claims against the Amyx defendants, and ordered plaintiffs to show cause why their claims against the Scapier defendants, except their WSSA claim, should not be dismissed for the same reasons as set forth in the Court's prior order. (Dkt. #171).

In their response to the order to show cause, plaintiffs acknowledged that their non-WSSA claims against the Scapier defendants are based on the same allegations as their claims

---

[1] See Washington State Securities Act, RCW 21.20 *et seq.* (the "WSSA").

ORDER DISMISSING
NON-WSSA CLAIMS - 1

against the Amyx defendants. (Dkt. #179). Plaintiffs argued that it would be premature for the Court to dismiss their claims against the Scapier defendants while their motion for reconsideration was pending. Now that the Court has denied the motion for reconsideration, this matter is ripe for adjudication, and the Court DISMISSES plaintiffs' non-WSSA claims against the Scapier defendants. This order has no effect on their pending WSSA claim against the Amyx and Scapier defendants.

DATED this 17th day of August, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING
NON-WSSA CLAIMS - 2